STATE EX REL. GRESHOLDT, Respondent, v. BOARD OF APPEALS OF CITY OF SHEBOYGAN, Appellant.

*January 11—February 7, 1961.*

For the appellant there was a brief and oral argument by *A. M. Werner,* city attorney.

No brief or appearance for the respondent.

DIETERICH, J.    The respondent-relator, Garfield D. Gresholdt, on this appeal before this court, did not file a brief or appear when the case was called.  The judgment, therefore, is reversed under Supreme Court Rule 32, sec. 251.32, Stats.

*By the Court.*—Judgment reversed, cause remanded with instructions to enter judgment dismissing the writ.